998

## SNEED v. STATE.
No. 20186.

Court of Criminal Appeals of Texas.
Feb. 15, 1939.

Earl M. Greer, of Wills Point, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

The offense is a violation of the liquor laws of this State, the punishment assessed being a fine of $100.

The record is before us without a statement of facts or bills of exception. The proceedings appear to be regular, and we find no complaint thereof in the record.

The judgment is affirmed.

## JONES v. STATE.
No. 20168.

Court of Criminal Appeals of Texas.
Feb. 15, 1939.

J. Earle Kuntz, of Wichita Falls, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

The conviction is for theft; punishment assessed at two years in the penitentiary.

The record in this cause contains neither a statement of facts nor bills of exception. The indictment and all matters of procedure appearing to be in proper form, the judgment is affirmed.